UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

Plaintiffs,

v.

PEARSON PROPERTIES, INC.,

Defendants.

Case No. 15-cv-01377-SI  (SI)

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 20, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 31, 2016.

DESIGNATION OF EXPERTS: 6/10/16; REBUTTAL: 7/8/16;
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 9, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 23, 2016;
   Opp. Due: October 7, 2016; Reply Due: October 14, 2016;
   and set for hearing no later than October 28, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 20, 2016 at 3:30 PM.

JURY TRIAL DATE: January 9, 2017 at 8:30 AM.
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall participate in private mediation by 11/6/15.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 7/16/15

_____
SUSAN ILLSTON
United States District Judge